AO 440 (Rev. 8/01) Summons In a Civil Action

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

THE MCW RESEARCH FOUNDATION, INC.,
a Wisconsin corporation
8701 West Watertown Plank Road
Milwaukee, WI 53226,

      Plaintiff,

      v.

MRI DEVICES CORPORATION,
a Wisconsin corporation
1515 Paramount Drive
Waukesha, WI 53186,

      Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-C-0333

TO:   MRI DEVICES CORPORATION
1515 PARAMOUNT DRIVE
WAUKESHA, WI 53186

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

      BARRY E. SAMMONS
      DAVID R. CROSS
      NATHAN D. JAMISON
      QUARLES & BRADY LLP
      411 EAST WISCONSIN AVENUE, SUITE 2040
      MILWAUKEE, WI 53202-4497

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

| SOFRON B. NEDILSKY | APRIL 2, 2004 |
|---|---|
| CLERK | DATE |

_(signature)_
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                                    Signature of Server

                                                                 _____
                                                                 Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.