# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

THE MCW RESEARCH
FOUNDATION, INC.,

       Plaintiff,               Case No. 04-C-333

       v.

MRI DEVICES CORPORATION,

       Defendant.

## ORDER

Based upon the stipulation of the parties to this action, the court ORDERS that this action IS DISMISSED WITHOUT PREJUDICE. See Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a judgment of dismissal as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> This action brought by Plaintiff The MCW Research Foundation, Inc. against Defendant MRI Devices Corporation came before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the parties having stipulated to a voluntary dismissal,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed without prejudice and without costs to either party.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 19th day of October, 2004.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge