# United States District Court

EASTERN DISTRICT OF WISCONSIN

THE MCW RESEARCH FOUNDATION, INC.

**JUDGMENT IN A CIVIL CASE**

    Plaintiff

    v.          CASE NUMBER: 04-C-333

MRI DEVICES CORPORATION

    Defendant

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

> This action brought by Plaintiff The MCW Research Foundation, Inc. against Defendant MRI Devices Corporation came before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the parties having stipulated to a voluntary dismissal,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed without prejudice and without costs to either party.

| | |
|---|---|
| October 19, 2004 | SOFRON B. NEDILSKY |
| Date | Clerk |
| | s/ B. Furlick |
| | (By) Deputy Clerk |